IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR371 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| ESTHER C. DURHAM, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion To Dismiss without Prejudice (Filing No. 102). The government is requesting Count IV of the Superseding Indictment (Filing No. 19) be dismissed, without prejudice, as it relates to Esther C. Durham. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of Count IV of Superseding Indictment.

IT IS ORDERED that the government's Motion To Dismiss without Prejudice (Filing No. 102) is granted, and Count IV of the Superseding Indictment is dismissed, without prejudice, as to Esther C. Durham.

DATED this 3rd day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge